IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>K. ALLISON, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:10-cv-01814 JLT (PC)<br><br>ORDER GRANTING MOTION FOR INFORMATION<br><br>(Doc. 7) |

　　　　Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On October 18, 2010, Plaintiff filed a motion for information on how to obtain his original documents filed with the Court. Plaintiff explains that he was unaware that pursuant to Local Rule 138(d), paper documents will only be maintained in the Clerk's Office for a limited time.

　　　　Plaintiff is advised that he should submit a request to the Clerk's Office indicating his case name and number, the documents he wishes to be returned, and the date on which those documents were filed. In addition, Plaintiff must enclose a large, self-addressed envelope <u>with sufficient postage</u>. The Court cannot provide mailing service for a party, even for an indigenous plaintiff proceeding in forma pauperis. In future, Plaintiff is cautioned to retain copies of all documents filed

1  and/or provided in discovery.

3  IT IS SO ORDERED.

4  Dated:   **October 29, 2010**                    **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE