1
2
3
4
5
6
7
8    UNITED STATES DISTRICT COURT
9    EASTERN DISTRICT OF CALIFORNIA
10
11   LAWRENCE CHRISTOPHER SMITH,          1:10-cv-01814-LJO-JLT (PC)

12                        Plaintiff,       ORDER GRANTING PLAINTIFF'S  MOTION
                                           FOR A COPY OF THE COURT'S ORDER
13        v.                               THAT ISSUED ON OR AROUND
                                           DECEMBER 11, 2013
     GOSS, et al.,
14                                         (Doc. 48)
                         Defendants.
15

16         Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

17   1983.  On January 8, 2014, Plaintiff filed a motion requesting that he be sent another copy of the

18   order that issued in this case on, or around, December 11, 2013.  (Doc. 48.)  Plaintiff asserts that

19   on December 30, 2013, he learned that an order issued around December 11, 2013 that he had not

20   received, via a general chrono that stated that correctional officials had attempted to deliver legal

21   mail to him and noted that he refused service.[1]  Plaintiff asserts that he did not refuse service and

22   requests another copy of that order be sent to him.

23         Accordingly, it his HEREBY ORDERED that Plaintiff's motion to be served another copy

24   of the order that issued in this case on, or around, December 11, 2013, filed January 8, 2014 (Doc.

25   48), is HEREBY GRANTED and that the Clerk's Office is to send Plaintiff a copy of the order

26

27   _____
     [1] Plaintiff asserts a plethora of events that occurred beginning on November 15, 2013 which are unnecessary and not
     considered for service of another copy of the order he did not receive.  No finding is made as to the accuracy of the
28   description of these other events.

                                          1

1   that was signed on December 11, 2013 (Doc. 44).

2   IT IS SO ORDERED.

3

4       Dated:   **January 23, 2014**                    **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28