# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>D. GOSS, et al.,<br><br>    Defendants. | Case No.: 1:10-cv-01814-LJO-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTIONS FOR COPIES OF ORDERS FROM THIS COURT**<br><br>(Docs. 54, 59) |

Plaintiff Lawrence Christopher Smith ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed three motions wherein he complains that his legal mail is not being delivered to him, is being returned as though he refused it, and/or is being tampered with prior to his receipt. (Docs. 54, 59.)

Between these two motions, Plaintiff seeks additional copies of the orders that have issued from this Court since mid-December 2013. Plaintiff indicates that, despite general chronos stating the contrary, he has not refused service of legal mail. Plaintiff asserts that he has not refused service and requests another copy of orders issued from December 17, 2013 to date be sent to him.

This issue appears to be repeating and is unnecessarily utilizing valuable Court resources. Thus, the Court requests, as a professional courtesy, that the Warden of California Correctional Institute look into the manner in which Plaintiff's legal mail is being delivered. If at all feasible, it is requested that the Warden intervene to correct the dilemma regarding delivery of Plaintiff's legal mail.

Accordingly, it his HEREBY ORDERED:

1. Plaintiff's motions to be provided another copy of the orders that issued in this case from December 17, 2013 to the present, filed February 5, 2014 (Doc. 54) and May 14, 2014 (Doc. 59), are GRANTED;

2. The Clerk's Office is DIRECTED to send Plaintiff a copy of the orders that issued on the following dates: December 11, 2013 (Doc. 44); January 7, 2014 (Doc. 47); January 23, 2014 (Docs. 50, 51, 52); and March 6, 2014 (Doc. 58)[1] and a copy of the docket in this case;

3. The Clerk's Office is DIRECTED to forward this Order to the Warden's office and to the Litigation Coordinator at California Correctional Institute via facsimile transfer.

IT IS SO ORDERED.

Dated:   **May 22, 2014**              **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] All other entries on the docket between these dates are either documents filed by Plaintiff or event entries for to which no documents are attached and for which the sole content is visible on the docket.