# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH,<br><br>            Plaintiff,<br><br>    v.<br><br>D. GOSS, et al.,<br><br>            Defendants. | Case No.: 1:10-cv-01814-LJO-JLT (PC)<br><br>**ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF A COPY OF LETTER FROM WARDEN HOLLAND**<br><br>(Doc. 66) |

Plaintiff Lawrence Christopher Smith ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed two motions complaining that his legal mail was not being delivered to him, was being returned as though he refused it, and/or was being tampered with prior to his receipt.  (Docs. 54, 59.)  An order issued granting Plaintiff's request for additional copies of various orders to be resent to him which was served on the Warden of California Correctional Institute by facsimile.  (Doc. 62.)  On June 19, 2014, the Warden filed a letter in response to that order which does not appear to have been served on Plaintiff.  (Doc. 66.)

Accordingly, it is HEREBY ORDERED that the Clerk's Office is DIRECTED to send Plaintiff a copy of the Warden's letter which was filed in this case on June 19, 2014 (Doc. 66).

IT IS SO ORDERED.

Dated:    **July 9, 2014**                              /s/ Jennifer L. Thurston
                                                    UNITED STATES MAGISTRATE JUDGE