1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 EASTERN DISTRICT OF CALIFORNIA

10

11 LAWRENCE CHRISTOPHER SMITH,

| | |
|---|---|
| | 1:10-cv-01814-LJO-JLT (PC) |
| 12      Plaintiff, | ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE |
| 13      v. | OPPOSITION AND GRANTING HIS REQUESTS FOR RETURN OF EXHIBITS |
| 14 K. ALLISON, et al, | |
| | (Docs. 73, 74, 75) |
| 15      Defendants. | 21-DAY DEADLINE |

16

17         Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18  1983.  On August 7, 2014, Plaintiff filed a motion to extend time to file an opposition to Motion

19  for Summary Judgment.  Plaintiff shows good cause for this extension of time to be granted.

20         Further, on August 4, 2014 and again on August 7, 2014, Plaintiff filed motions (Docs.

21  73, 75) to have the exhibits that he submitted with his motion for counsel (Doc. 72) and his

22  motion for an extension of time (Doc. 74) returned to him.  Plaintiff was notified in the First

23  Informational Order that the Court cannot provide copies or mailing service for a party and that

24  he should refrain from sending his original documents as exhibits as the Court cannot serve as a

25  repository for a party's evidence and exhibits are retained by the Court for a limited time and then

26  discarded.  (Doc. 4.)  It is noteworthy that neither of the motions to which Plaintiff attached the

27  exhibits that he now seeks to have returned required exhibits for their consideration.  However,

28

1

since the number of pages that Plaintiff is seeking to be returned is minimal, his requests will be granted ***this one time only***.  In the future, documents that Plaintiff submits as exhibits or otherwise will not be returned, but will be handled in the Court's usual manner.

Good cause having been presented and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

(1)     Plaintiff's motion for an extension of 21-days from the date of service of this order in which to file an opposition to Defendants' motion for summary judgment, filed on August 7, 2014 (Doc. 74), is GRANTED;

(2)     Plaintiff's motions to have the exhibits that he submitted with his motions filed on August 4, 2014 (Doc. 73) and August 7, 2014 (Doc. 75), are GRANTED; and

(3)     The Clerk of the Court is directed to make a copy of the exhibits that Plaintiff submitted with his motion for appointment of counsel, filed on August 4, 2014 (Doc. 72), and with his motion for an extension of time, filed on August 7, (Doc. 74), and to return the original exhibits to Plaintiff with service of this order.

IT IS SO ORDERED.

Dated:   **August 12, 2014**                         **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE

2