# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH,<br><br>             Plaintiff,<br><br>      v.<br><br>D. GOSS, et al.,<br><br>             Defendants. | Case No.: 1:10-cv-01814-LJO-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR COPIES OF ORDERS FROM THIS COURT**<br><br>**(Docs. 71)** |

Plaintiff Lawrence Christopher Smith ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On July 31, 2014, Plaintiff filed a notice indicating that he received neither the order from this Court dated May 22, 2014 (Doc. 61) nor the copies of documents contained therein, and that it did not appear these items were served on him as there are no notations on his mail log that they were received, or erroneously returned/rejected by prison staff.   (Doc. 71.)  This is construed as a motion for the Clerk's Office to serve another copy of the May 22, 2014 order of this Court and the orders referred to therein on Plaintiff.

Accordingly, it his HEREBY ORDERED that Plaintiff's request/motion, filed on July 31, 2014 (Doc. 71), is GRANTED;

  1. The Clerk's Office is DIRECTED to send Plaintiff a copy of the orders that issued on the following dates:  December 11, 2013 (Doc. 44); January 7, 2014 (Doc. 47); January 23,

1

2014 (Docs. 50, 51, 52); March 6, 2014 (Doc. 58); May 22, 2014 (Doc. 61); and a copy of the docket in this case.

IT IS SO ORDERED.

Dated: **August 19, 2014**       **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE