# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>K. ALLISON, et al,<br><br>        Defendants. | 1:10-cv-01814-LJO-JLT (PC)<br><br>ORDER GRANTING DEFENDANT T. BYERS' FIRST MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT<br><br>(Doc. 95)<br><br>30-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 22, 2014, Defendant T. Byers filed a motion to extend time to respond to the Third Amended Complaint. Good cause appearing, the Court **ORDERS:**

Defendant T. Byers is granted 30-days from the date of service of this order in which to respond to Plaintiff's Third Amended Complaint.

IT IS SO ORDERED.

   Dated:   **September 23, 2014**              **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE

1