# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. GOSS, et al.,<br><br>　　　　Defendants. | Case No.: 1:10-cv-01814-LJO-JLT (PC)<br><br>**ORDER STRIKING SUR-REPLY**<br><br>(Doc. 106) |

Plaintiff Lawrence Christopher Smith ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is proceeding on the following cognizable claims in the Third Amended Complaint: under the First Amendment for retaliation against Defendants Lt. Goss, Lt. Gallagher, and Officer Langler; under the Eighth Amendment for deliberate indifference to his serious medical condition against PA Byers and Lt. Gallagher; and for his claim of a violation of his right to due process against Lt. Goss. (Docs. 31, 42, 47.)

On July 22, 2014, Defendants Goss and Gallagher filed a motion for summary judgment based on Plaintiff's failure to exhaust the available administrative remedies. (Doc. 69.) Plaintiff filed an opposition on August 18, 2014, and Defendants filed a reply on August 25, 2014. (Docs. 80, 88.) Defendants' motion to dismiss was deemed submitted pursuant to Local Rule 78-230(m) on August 25, 2014. However, on October 10, 2014, Plaintiff filed a sur-reply. Plaintiff does not have a right to

1  file a sur-reply under the Local Rules or the Federal Rules of Civil Procedure, and Plaintiff did not
2  obtain leave of court to do so.
3      Therefore, Plaintiff's surreply is HEREBY ORDERED STRICKEN from the record.

5  IT IS SO ORDERED.

6    Dated:   **October 14, 2014**                    **/s/ Jennifer L. Thurston**
7                                                         UNITED STATES MAGISTRATE JUDGE