# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH,<br><br>  Plaintiff,<br><br>  v.<br><br>D. GOSS, et al.,<br><br>  Defendants. | Case No.: 1:10-cv-01814-LJO-JLT (PC)<br><br>**ORDER DISREGARDING PLAINTIFF'S MOTION FOR STATUS ON HIS MOTION TO SUPPLEMENT THE COMPLAINT AND ON DEFENDANTS' MOTION TO DISMISS**<br><br>**(Doc. 134)** |

Plaintiff Lawrence Christopher Smith ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On March 23, 2015, Plaintiff filed a motion requesting a status on his motion to supplement the Complaint and indicating that he was awaiting a ruling on Defendant Byers' motion to dismiss as well. (Doc. 134.) Findings and recommendations which are pending on both of these motions have mooted Plaintiff's inquiry.

The Court realizes that Plaintiff has had some concerns regarding whether documents he has submitted to prison staff for mailing have been received for filing. However, Plaintiff is reminded that (1) all motions have time for filing of oppositions and replies -- which are usually liberally extended when requested -- and (2) that this Court has one of the most pressing case-loads in the country. Thus, motions like all other filings must wait their turn for review, consideration, and eventual rulings. Further requests for status, without justification for inquiry will not be well received as scarce resources must be diverted from substantive matters to respond even to this.

1  Accordingly, it his HEREBY ORDERED that Plaintiff's request/motion, filed on March 23,
2  2015 (Doc. 134), is DISREGARDED as moot.

4  IT IS SO ORDERED.

5  Dated:   **April 14, 2015**               **/s/ Jennifer L. Thurston**
6                                    UNITED STATES MAGISTRATE JUDGE