# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH, | Case No. 1:10-cv-01814-LJO-JLT (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO FILE A SUPPLEMENT TO THE THIRD AMENDED COMPLAINT |
| v. | |
| ALLISON, et al., | |
| Defendants. | (Docs. 121, 135) |

Plaintiff, Lawrence Christopher Smith, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983 which he filed on October 1, 2010. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 7, 2015, the Magistrate Judge filed a Findings and Recommendations to deny Plaintiff's motion to file a supplement to the Third Amended Complaint. (Doc. 135.) The Findings and Recommendations were served that same day and contained provisions for the parties to file objections within thirty days. Despite lapse of more than the allowed time, neither side has filed any objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. the Findings and Recommendations that issued on April 7, 2015 (Doc. 135) is adopted in full; and
2. the motion to supplement the Third Amended Complaint, which Plaintiff filed on December 11, 2014 (Doc. 121), is DENIED.

IT IS SO ORDERED.

Dated:   **June 1, 2015**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

2