# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>D. GOSS, et al.,<br><br>        Defendants. | Case No.: 1:10-cv-01814-LJO-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR STAY IN PROCEEDINGS**<br><br>**(Doc. 154)** |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On July 15, 2015, Plaintiff filed a motion (Doc. 154) requesting a stay in the proceedings in this action, pending resolution of the appeal he filed in the Ninth Circuit on June 17, 2015 (Doc. 149). On July 29, 2015, the Ninth Circuit issued an order dismissing Plaintiff's appeal for lack of jurisdiction. (Doc. 155.)

Accordingly, it his HEREBY ORDERED that Plaintiff's motion, filed on July 15, 2015 (Doc. 154), is DENIED.

IT IS SO ORDERED.

   Dated:   **August 3, 2015**                       **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28