# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH,<br><br>      Plaintiff,<br><br>  v.<br><br>D. GOSS, et al.,<br><br>      Defendants. | Case No.: 1:10-cv-01814-LJO-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO TAKE PLAINTIFF'S DEPOSITION VIA VIDEO CONFERENCE**<br><br>**(Doc. 159)** |

Good cause appearing, Defendants' request to take the deposition of plaintiff Lawrence Christopher Smith by videoconference, is **GRANTED** if the facilities for doing so are available at the prison and doing so is consistent with the prison policies.

IT IS SO ORDERED.

Dated: **January 12, 2016**          **/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE