UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH,<br><br>                     Plaintiff,<br><br>        v.<br><br>D. GOSS, et al.,<br><br>                     Defendants. | Case No.: 1:10-cv-01814-LJO-JLT (PC)<br><br>**ORDER STRIKING PLAINTIFF'S SUPPLEMENTAL ARGUMENT IN OPPOSITION TO DEFENDANT GOSS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>(Doc. 179) |

On January 29, 2016, Defendant Goss filed a motion for judgment on the pleadings of Plaintiff's due process claim against him. (Doc. 162.) Plaintiff filed an opposition on February 10, 2016 to which Defendant Goss replied on February 16, 2016. (Docs. 164, 166.) Defendant's motion for judgment on the pleadings was deemed submitted pursuant to Local Rule 230(*l*) on February 16, 2016. However, on March 16, 2016, Plaintiff filed a "supplemental argument in opposition" to Defendant's motion. Plaintiff does not have a right to file any such supplemental argument under the Local Rules or the Federal Rules of Civil Procedure, and Plaintiff did not obtain leave of court to do so.

///
///
///
///

Therefore, Plaintiff's supplemental argument in opposition to Defendant Goss' motion for judgment on the pleadings, filed on March 16, 2016, is ORDERED STRICKEN from the record.

IT IS SO ORDERED.

| Dated: | **March 17, 2016** | **/s/ Jennifer L. Thurston** |
|---|---|---|
| | | UNITED STATES MAGISTRATE JUDGE |