# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ALLISON, et al.,<br><br>　　　　　　Defendants. | Case No. **1:10-cv-01814-DAD-JLT (PC)**<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR COURT INTERVENTION AND DISCHARGING ORDER TO SHOW CAUSE**<br><br>**(Docs. 167, 168)** |

On February 16, 2016, defense counsel filed a motion seeking court intervention directing Plaintiff, Lawrence Christopher Smith, to cease his inappropriate and sexually harassing conduct towards her. (Doc. 167.) In response, on February 18, 2016, the Court ordered Plaintiff to show cause should not be dismissed with prejudice because of his sexual harassment of defense counsel. (Doc. 168.)

On April 4, 2016, Plaintiff's filed written opposition to a pending defense discovery motion. (Doc. 184.) In it, Plaintiff responded to the OSC as well. (*Id.* at 4-5) Plaintiff apologized for his conduct and admitted to not having conformed his conduct to that expected in legal proceedings. (*Id.*)

The Court notes that Plaintiff has no history of filing any other civil actions in this or any other Federal District Court in the State of California. Thus, the Court is unaware of any other

such offensive conduct by Plaintiff. It appears that Plaintiff is contrite.  However, **the Court cannot warn <u>Plaintiff strongly enough that any further behavior by him that is directed at opposing counsel or that occurs in counsel's presence that is demeaning, sexually harassing or provocative WILL NOT be tolerated.  The Court WILL address any further such behavior by issuing severe sanctions, up to and including termination of this action.</u>**

Accordingly, the Court **ORDERS**:

1. Defendants' motion for court intervention, filed on February 16, 2016 (Doc. 167), is **GRANTED**;
2. Plaintiff **SHALL NOT** engage in any further behavior toward or around opposing counsel (the current assigned attorney or attorney substituted in her place) that is inappropriate, demeaning, and/or sexually harassing or provocative; and
3. the Order to Show Cause, issued on February 18, 2016 (Doc. 168), is **DISCHARGED**.

IT IS SO ORDERED.

Dated:  **April 5, 2016**               /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE