1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH,<br><br>Plaintiff,<br><br>v.<br><br>D. GOSS, et al.,<br><br>Defendants. | Case No.: 1:10-cv-01814-LJO-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER AND STAYING DISCOVERY AND DEADLINES PENDING RULING ON DEFENDANTS' MOTION FOR COURT INTERVENTION**<br><br>(Doc. 198) |

On May 10, 2016, Defendants moved for court intervention due to Plaintiff's continued inappropriate and sexually harassing conduct (Doc. 196) and to modify the scheduling order so as to stay all discovery and deadlines in this action pending a ruling on their motion (Doc. 198).

The time for Plaintiff to file an opposition or a statement of non-opposition to Defendants' motion for court intervention has not yet passed. L.R. 230(*l*). However, if that motion is granted, no further action will be required for any aspect of this case. Thus, it is appropriate to stay all discovery and deadlines in this action until Defendants' motion for court intervention is determined. Accordingly, the Court **ORDERS**:

    1.    Defendants' motion to modify the scheduling order and to stay all discovery and pending deadlines in this action, filed on May 10, 2016, is **GRANTED**;

    2.    All discovery is **STAYED** in this action

    3.    All deadlines are **VACATED except:**

        a)    **Plaintiff's opposition or notice of non-opposition to Defendants' motion for court intervention (Doc. 196) is due within 21 days of the date it was filed**; and

        b)    Defendants' may thereafter file their reply in accordance with the Local Rules if desired; and

4.    If Defendants' motion for court intervention is not granted, the Court will issue a further scheduling order.

IT IS SO ORDERED.

Dated:   **May 20, 2016**                /s/ Jennifer L. Thurston
                                              UNITED STATES MAGISTRATE JUDGE