# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH,<br><br>Plaintiff,<br><br>v.<br><br>D. GOSS, et al.,<br><br>Defendants. | Case No.: 1:10-cv-01814-LJO-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO CLARIFY THE ORDER STAYING DISCOVERY AND DEADLINES PENDING RULING ON DEFENDANTS' MOTION FOR COURT INTERVENTION**<br><br>(Doc. 207) |

On June 17, 2016, Defendants moved for clarification of the May 23, 2016 order which stayed discovery and deadlines pending ruling on their motion for court intervention. (Doc. 207.) Specifically, Defendants seek clarification as to whether they need respond to two motions Plaintiff filed subsequent to the May 23, 2016 order, or if leave will be extended for them to do so in the event their motion for court intervention is not granted.

Accordingly, the Court **ORDERS**:

1. Defendants' motion for clarification, filed on June 17, 2016 (Doc. 207), is **GRANTED**;

2. Defendants need not respond to any of Plaintiff's further filings in this action until the District Judge has considered the pending Findings and Recommendation and issues an order thereon; and

3. If Defendants' motion for court intervention is not granted, the Court will issue an

order resetting deadlines on all unresolved issues.

IT IS SO ORDERED.

Dated:     **June 21, 2016**                              **/s/ Jennifer L. Thurston**
                                                                                     UNITED STATES MAGISTRATE JUDGE