1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LAWRENCE CHRISTOPHER SMITH,                No.  1:10-cv-01814-DAD-JLT

12                  Plaintiff,

13            v.                                 ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS AND DENYING
14    LANGLER,                                   PLAINTIFF'S MOTION TO AMEND

15                  Defendant.                   (Doc. Nos. 169, 173, 174, 187)

16

17

18            Plaintiff Lawrence Christopher Smith is a state prisoner proceeding *pro se* and *in forma*

19    *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983, which he commenced on

20    October 1, 2010.  (Doc. No. 1.)  The matter was referred to a United States Magistrate Judge

21    pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

22            On April 7, 2016, the assigned magistrate judge filed findings and recommendations

23    recommending that a declaration filed by plaintiff in this action be stricken, and the Clerk of the

24    Court be directed to file that document as a new civil action, and that plaintiff's motion to file an

25    amended complaint be denied.  (Doc. No. 187.)  Those findings and recommendations were

26    served on the parties and contained notice that objections to the findings and recommendations

27    were to be filed within thirty days.  (Doc. No. 187.)  Plaintiff filed objections in which he

28    /////

                                                 1

1    reasserts many of the arguments he previously raised before the magistrate judge.  (Doc. No.

2    194.)

3        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a

4    *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings

5    and recommendations to be supported by the record and by proper legal analysis.

6        Accordingly,

7    1.   The April 7, 2016 findings and recommendations (Doc. No. 187) are adopted in full;

8    2.   The Clerk of the Court is directed to strike plaintiff's declaration (Doc. No. 169) from

9         this case and to file it as a complaint in an entirely new civil action on plaintiff's

10        behalf;

11   3.   Plaintiff's motion to file an amended complaint (Doc. No. 174), filed March 7, 2016, is

12        denied; and

13   4.   The Clerk of the Court is directed to strike plaintiff's amended complaint (Doc. No.

14        173), lodged on March 7, 2016, from the record in this case.

15   IT IS SO ORDERED.

16   Dated:   **September 13, 2016**                    _____

17                                                    UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

2