1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH,<br><br>          Plaintiff,<br><br>     v.<br><br>D. GOSS, et al.,<br><br>          Defendants. | Case No.: 1:10-cv-01814-LJO-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR COPY OF THE DOCKET IN THIS CASE (Doc. 213)**<br><br>**30-DAY DEADLINE** |

18   On September 29, 2016, Plaintiff filed a notice indicating that he has had difficulty receiving
19 and sending mail.  (Doc. 213.)  Plaintiff indicates that the last order he received from the Court in this
20 action is the Order Adopting the Findings and Recommendation which denied his motion to amend the
21 complaint that issued on September 14, 2016.  (*Id.*)  Plaintiff requests a copy of the docket in this case.
22 However, since the Court has issued further findings and recommendations after September 14, 2016,
23 the Clerk's office will be directed to re-send a copy of it to Plaintiff and the Court will extend the
24 deadline for Plaintiff to file objections thereto.  Accordingly, the Court ORDERS:
25      1.   Plaintiff's request/motion, filed on September 29, 2016 (Doc. 213), is **GRANTED**;
26      2.   The Clerk's Office is DIRECTED to send Plaintiff a copy of the docket in this
27           action as well as a copy of the Findings and Recommendations to grant Defendants'
28

1

          motion for terminating sanctions, issued on September 22, 2016 (Doc. 212); and

    3.    Plaintiff's deadline to object to the Findings and Recommendations the Court issued on September 22, 2016, is extended to **November 3, 2016**.

IT IS SO ORDERED.

Dated: **October 3, 2016**          **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE